NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1053


TIMOTHY DEMITRI BROWN

VERSUS

TIMOTHY A. MECHE, ET AL.


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 219,325
HONORABLE F. RAE DONALDSON SWENT, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Oswald A. Decuir, Judges.

AFFIRMED.

Shelby E. Bohannon
Attorney at Law
420 DeSoto Street
Alexandria, LA 71301-0000
(318) 445-7477
Counsel for Defendant/Appellee:
Shelby E. Bohannon

**H. Bradford Calvit**
**Attorney at Law**
**P. O. Drawer 1791**
**Alexandria, LA 71309-1791**
**(318) 445-3631**
**Counsel for Defendant/Appellee:**
**Timothy A. Meche**
**Daniel Stanford**

**Timothy Demitri Brown**
**P. O. Box 26030**
**Beaumont, TX 77720**
**Counsel for Plaintiff/Appellant:**
**Timothy Demitri Brown**